**Nos. 2014-1633, -1643, -1670**

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

---

ARLINGTON INDUSTRIES, INC,

*Plaintiff - Cross-Appellant*,

v.

BRIDGEPORT FITTINGS, INC.,

*Defendant - Appellant*.

---

Appeal from the United States District Court for the Middle District of Pennsylvania in case no. 02-CV-0134, Judge A. Richard Caputo.

---

## DEFENDANT-APPELLANT BRIDGEPORT FITTINGS, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ITS INITIAL BRIEF

Pursuant to Federal Circuit Rule 26(b), Defendant - Appellant Bridgeport Fittings, Inc. ("Bridgeport") respectfully requests a thiry-one (31) day extension of time, to and including October 20, 2014, within which to file its initial brief. Currently, Bridgeport's initial brief is due on September 19, 2014. Counsel for Bridgeport has conferred with counsel for Plaintiff - Cross-Appellant Arlington

Industries, Inc. ("Arlington") and is authorized to represent that Arlington does not oppose the entry of an order granting this motion and will not file a response brief.

Pursuant to Federal Circuit Rule 26(b)(1), this motion is being made more than seven (7) days prior to the date sought to be extended. This is Bridgeport's first request for an extension of time relating to its initial brief.

Good cause exists for this extension because: (1) subsequent to the establishment of the due date for Bridgeport's initial brief, Arlington filed a notice of cross-appeal on July 18, 2014, which was docketed on July 30, 2014; (2) a necessary hearing transcript for a hearing held in this action in the District Court on June 4, 2014, has been ordered but is not expected to be received sufficiently in advance of the current due date to permit proper inclusion in the brief; and (3) the parties are engaged in summary judgment briefing in another action and Arlington's initial brief is due on September 5 with Bridgeport's response due October 10. Thus, this extension of time is necessary to allow Bridgeport to focus on preparing and filing its response brief in the other action pending between the parties. *See* Declaration of Alan M. Anderson, dated August 15, 2014, at ¶2.

For these reasons, Bridgeport respectfully requests that the Court grant this unopposed motion for an extension of time in which to file Bridgeport's initial brief. A proposed order is filed contemporaneous with this motion.

Dated: August 15, 2014.  /s/ Alan M. Anderson
ALAN M. ANDERSON
  *Counsel of Record*
MATTHEW R. PALEN
  *Of counsel*
AARON C. NYQUIST
ALAN ANDERSON LAW FIRM LLC
Crescent Ridge Corporate Center
11100 Wayzata Blvd., Suite 545
Minneapolis, MN 55305
Telephone: 612.756.7000

aanderson@anderson-lawfirm.com
mattpalen@comcast.net
anyquist@anderson-lawfirm.com

*Attorneys for Defendant-Appellant Bridgeport Fittings, Inc.*

# CERTIFICATE OF INTEREST

Counsel for Appellant Bridgeport Fittings, Inc. hereby certifies the following:

1. The full name of every party represented by me is:

    Bridgeport Fittings, Inc.

2. The name of the real party in interest represented by me is:

    Bridgeport Fittings, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

    None.

4. The names of all law firms and the partners or associates that appeared for any of the parties represented by me in the trial court or are expected to appear in this Court are:

    <u>Alan Anderson Law Firm LLC</u>: Alan M. Anderson, Matthew R. Palen, Aaron C. Nyquist

    <u>Rosenn, Jenkins & Greenwald, L.L.P.</u>: Robert N. Gawlas Jr.

    <u>Fulbright & Jaworski L.L.P.</u>: Mark E. Ungerman, Renee L. Jackson, C. Erik Hawes

Dated: August 15, 2014.    /s/ Alan M. Anderson
                                                      ALAN M. ANDERSON
                                                      *Counsel of Record*
                                                      MATTHEW R. PALEN
                                                      *Of counsel*

                          AARON C. NYQUIST
                          ALAN ANDERSON LAW FIRM LLC
                          Crescent Ridge Corporate Center
                          11100 Wayzata Blvd., Suite 545
                          Minneapolis, MN 55305
                          Telephone:  612.756.7000

## CERTIFICATE OF SERVICE

I certify that on August 15, 2014, a true and correct copy of the foregoing document was filed with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF System, and served upon the following counsel of record via email.

    Kathryn L. Clune
    kclune@crowell.com
    Crowell & Moring LLP
    1001 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004-2595

    and

    Jacob Z. Zambrzycki, Esq.
    Crowell & Moring LLP
    275 Battery Street, 23rd Floor
    San Francisco, CA 94111
    jzambrzycki@crowell.com

                                            /s/ Alan M. Anderson
                                            Alan M. Anderson