NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARLINGTON INDUSTRIES, INC.,**
*Plaintiff - Cross-Appellant*

v.

**BRIDGEPORT FITTINGS, INC.,**
*Defendant - Appellant*

---

14-1633

---

Appeal from the United States District Court for the Middle District of Pennsylvania in No. 3:02-cv-00134-ARC Senior Judge A. Richard Caputo

---

ON MOTION

O R D E R

Upon consideration of the Appellant, Bridgeport Fittings, Inc.'s unopposed motion to extend time to file their principal brief until October 20, 2014,

IT IS ORDERED THAT:

The motion is granted.

                                              FOR THE COURT

August 19, 2014              /s/ Daniel E. O'Toole
                                              Daniel E. O'Toole
                                              Clerk of Court